Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky 

Northern Division

| | |
|---|---|
| BRETT BASS <br><br> *Plaintiff(s)* <br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br>-v- <br><br> City of Covington, <br> Nicholas Hancock <br> Zachary Stayton <br><br> *Defendant(s)* <br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. 2:23-CV-127-DCR <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No <br><br> Eastern District of Kentucky <br> **FILED** <br><br> SEP 21 2023 <br><br> AT COVINGTON <br> Robert R. Carr <br> CLERK U.S. DISTRICT COURT |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brett Bass |
| Address | 15 Sterrett Ave., Apt. 2 |
| | Covington, KY 41014 |
| | *City / State / Zip Code* |
| County | Kenton |
| Telephone Number | (513) 807-3944 |
| E-Mail Address | steelerstud65@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Covington |
| Job or Title *(if known)* | |
| Address | 20 W. Pike Street |
| | Covington, KY 41011 |
| | *City / State / Zip Code* |
| County | Kenton |
| Telephone Number | 859-292-2160 |
| E-Mail Address *(if known)* | info@covingtonky.gov |

☐ Individual capacity   ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Nicholas Hancock |
| Job or Title *(if known)* | Police Officer (Covington PD #0344) |
| Address | 20 W. Pike Street |
| | Covington, KY 41011 |
| | *City / State / Zip Code* |
| County | Kenton |
| Telephone Number | 859-292-2160 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Case: 2:23-cv-00127-DCR-CJS    Doc #: 1    Filed: 09/21/23    Page: 3 of 7 - Page ID#: 3

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**
- Name: Nicholas Hancock
- Job or Title (if known):
- Address: C/O Covington Police Dept., 20 W. Pike Street
  - City: Covgington
  - State: KY
  - Zip Code: 41011
- County: Kenton
- Telephone Number:
- E-Mail Address (if known):

[✓] Individual capacity   [ ] Official capacity

**Defendant No. 4**
- Name: Zachary Stayton
- Job or Title (if known): Police Officer (Covington PD #0349)
- Address: 20 W. Pike Street
  - City: Covington
  - State: KY
  - Zip Code: 41011
- County: Kenton
- Telephone Number: 859-292-2160
- E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? The detention and arrest of Plaintiff constituted an unreasonable search and seizure and use of excessive force under the Fourth Amendment to the United States Constitution. The detention and arrest of Plaintiff by the City of Covington's officers was conducted pursuant to a policy, practice, or custom that violates the Fourth Amendment to the United States Constitution.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

       N/A

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

        Nicholas Hancock and Zachary Stayton were on-duty Covington police officers and in uniform at the time of the incident. Both officers asserted their authority as a police officers in conducting the unlawful detention, unlawful arrest, and excessive use of force. The City of Covington failed to properly train and supervise said officers and I was retaliated against for a legal refusal to identify myself.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        This incident occurred in the parking lot of the Kroger store at 1525 Madison Ave. Covington, KY 41011.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

        This event took place 9/22/2022 around 2:00am.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

        I was at the Kroger store on Madison Ave. in Covington, KY on 9/22/2022 outside of my vehicle talking to another citizen. I was approached by two Covington police officers, named above, who demanded I.D. when I was standing outside of my vehicle. I refused as I had not broken the law. Upon my refusal Officers Stayton and Hancock grabbed me, slammed me to the ground (sustaining injuries), placed me in handcuffs and arrested me. Two other officers were present and did nothing. I did not resist the officers. They charged me with trespass and disorderly conduct and I was transported to the Kenton County Detention Center.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered contusions, scrapes, abrasions and bleeding to my head and face from being slammed against a fence and a wall. I also suffered contusions, scrapes, abrasions and bleeding to my left elbow. I was transported immediately to the jail and did not receive any medical attention.

### V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting monetary damages in the amount of $100,00.00 for a violation of my constitutional rights by the Covington officers Stayton and Hancock, including unlawful search and seizure of my person and belongings, unlawful detentions, unlawful arrest, excessive use of force, failure of other officers to stop illegal action, and a failure to train and/or supervise on behalf of the City of Covington.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/21/2023

Signature of Plaintiff: *Brett Baas* (signed)

Printed Name of Plaintiff: Brett Baas

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City / State / Zip Code:

Telephone Number:

E-mail Address:

Attachment to section B. The Defendants:

Defendant No. 5:

Name:     Zachary Stayton
Address:  C/O Covington Police Dept., 20 W. Pike Street, Covington, KY 41011
County:   Kenton

In his individual capacity