UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
CASE NO. 2:23-CV-00127-DCR

**BRETT BAAS**                                                                       **PLAINTIFF**

**v.**

**CITY OF COVINGTON,** *et al.*                                       **DEFENDANTS**

---

**CIVIL RULE 41 STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS, NICK HANCOCK AND ZACH STAYTON**

---

Plaintiff, Brett Baas, pursuant to Civil Rule 41(a)(1)(A)(2), hereby voluntarily dismisses all claims against Defendants, Nick Hancock and Zach Stayton, in their respective individual capacities, with prejudice, each party to bear their own attorneys fees and costs. The claims against the City of Covington remain pending consummation of a settlement. So stipulated:

*/s/ Jeffrey C. Mando*                                      */s/Christopher Wiest*
Jeffrey C. Mando, Esq. (#43548)              Christopher Wiest, Esq.
Olivia F. Amlung, Esq. (#97449)               Chris Wiest, Atty at Law, PLLC
ADAMS LAW, PLLC                                 25 Town Center Blvd., Suite 104
40 West Pike Street                                     Crestview Hills, KY 41017
Covington, KY 41011                               Office: (513) 257-1895
859.394.6200 | 859.392.7200 – Fax         Fax: (859) 495-0803
jmando@adamsattorneys.com                chris@cwiestlaw.com
oamlung@adamsattorneys.com

*Attorneys for Defendants, City of Covington, Zachary Stayton and Nicholas Hancock*

                                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that on the **5** day of February, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record

                                             ***/s/ Christopher Wiest***
                                             Christopher Wiest, Esq.