UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
CASE NO. 2:23-CV-00127-DCR

**BRETT BAAS**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**

**CITY OF COVINGTON,** *et al.*　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## AGREED ORDER OF DISMISSAL

The Plaintiff, Brett Baas, and the Defendant, the City of Covington, being in agreement, and the Court being otherwise sufficiently advised and informed, it is hereby ordered that all remaining claims in the Amended Complaint be and are hereby dismissed with prejudice, each party to bear their own fees and costs, and this matter be and is hereby stricken from the active docket of this Court.

　　　　　**SO ORDERED** this _____ day of February, 2024

_____
HON. DANNY C. REEVES
Chief Judge

Have Seen and Agreed:

| | |
|---|---|
| **/s/ Jeffrey C. Mando** | **/s/Christopher Wiest (per authorization)** |
| Jeffrey C. Mando, Esq. (#43548) | Christopher Wiest, Esq. |
| Olivia F. Amlung, Esq. (#97449) | Chris Wiest, Atty at Law, PLLC |
| ADAMS LAW, PLLC | 25 Town Center Blvd., Suite 104 |
| 40 West Pike Street | Crestview Hills, KY 41017 |
| Covington, KY 41011 | Office: (513) 257-1895 |
| 859.394.6200 \| 859.392.7200 – Fax | Fax: (859) 495-0803 |
| jmando@adamsattorneys.com | chris@cwiestlaw.com |
| oamlung@adamsattorneys.com | |
| | *Attorney for Plaintiff* |
| *Attorneys for Defendant, City of Covington* | |

### CERTIFICATE OF SERVICE

This is to certify that on the **12th** day of February, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Christopher Wiest, Esq.

                                                                     **/s/ Jeffrey C. Mando**
                                                                     Jeffrey C. Mando, Esq.